

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00577-CR

Jason David **KIMBALL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1497B
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED September 18, 2019.

Sandee Bryan Marion, Chief Justice